IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA GLAZIERS,
ARCHITECTURAL, METAL AND
GLASSWORKERS PENSION TRUST,
DOUGLAS CHRISTOPHER, Trustee, and
JOHN MAGGIORE, Trustee,

    Plaintiffs,

  v.

ARCHITECTURAL GLASS
CONSTRUCTION, INC.,

    Defendant.

No. C 08-05018 WHA

**ORDER TO SHOW CAUSE**

    Plaintiffs Northern California Glaziers, Architectural Metal And Glassworkers Pension Trust and its Trustees Douglas Christopher and John Maggiore filed a motion for summary judgment against defendant in this action. The motion is scheduled to be heard on November 5, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on October 15, 2009, but no such opposition has been received. Defendant is **ORDERED** to respond by **TUESDAY, OCTOBER 20, 2009**, at noon, and show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause

1  does not constitute permission to file a late opposition.

2  **IT IS SO ORDERED.**

4  Dated: October 19, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2