**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   NORTHERN CALIFORNIA GLAZIERS,
     ARCHITECTURAL, METAL AND
11   GLASSWORKERS PENSION TRUST,              No. C 08-05018 WHA
     DOUGLAS CHRISTOPHER, Trustee, and
12   JOHN MAGGIORE, Trustee,

13          Plaintiffs,                        **ORDER DENYING PLAINTIFFS'**
                                               **REQUEST FOR ENTRY OF**
14     v.                                      **ORDER ON MOTION FOR**
                                               **SUMMARY JUDGMENT**
15   ARCHITECTURAL GLASS                       **WITHOUT HEARING**
     CONSTRUCTION, INC.,
16
            Defendant.
17   _____/

18

19          In this action to recover withdrawal liability under ERISA, plaintiffs Northern California

20   Glaziers, Architectural Metal And Glassworkers Pension Trust and its Trustees Douglas

21   Christopher and John Maggiore request entry of order without hearing on their motion for

22   summary judgment against defendant Architectural Glass Construction, Inc.  Plaintiffs' request is

23   hereby **DENIED**.  The hearing will take place as scheduled on **THURSDAY, NOVEMBER 5, 2009,**

24   **AT 2:00 P.M.**

25

26          **IT IS SO ORDERED.**

27   Dated:  November 3, 2009.                 _____
                                               WILLIAM ALSUP
28                                             UNITED STATES DISTRICT JUDGE