United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASSWORKERS PENSION TRUST, DOUGLAS CHRISTOPHER, Trustee, and JOHN MAGGIORE, Trustee,<br><br>        Plaintiffs,<br><br>   v.<br><br>ARCHITECTURAL GLASS CONSTRUCTION, INC.<br><br>        Defendant.<br>                                                          / | No. C 08-05018 WHA<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE** |

All matters related to post-judgment collections, including the pending application for order to appear for examination, are hereby referred to a magistrate judge. The pending application will be heard and considered at the convenience of the magistrate judge's calendar. Counsel will be advised of the date, time and place of the hearing by notice from the magistrate judge's chambers.

**IT IS SO ORDERED.**

Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE